# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: May 15, 2017

Ms. Sandy Opacich
Northern District of Ohio at Cleveland
801 W. Superior Avenue
Suite 100 Carl B. Stokes U.S. Courthouse
Cleveland, OH 44113-1830

Re:  Case No. 16-3526, *USA v. Ronald Swearns*
     Originating Case No. : 1:15-cr-00426-1

Dear Clerk,

  Enclosed is a copy of the mandate filed in this case.

                                      Sincerely yours,

                                      s/Laura A. Jones
                                      Case Manager
                                      Direct Dial No. 513-564-7023

cc:  Mr. Michael A. Sullivan
     Mr. Ronald A. Swearns

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 16-3526

_____

Filed: May 15, 2017

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

RONALD A. SWEARNS

      Defendant - Appellant

## MANDATE

Pursuant to the court's disposition that was filed 04/20/2017 the mandate for this case hereby issues today.

COSTS:  None